

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00257-CR

## EX PARTE ERIC DALE ANGELO

**From the 66th District Court
Hill County, Texas
Trial Court No. 35,831**

## MEMORANDUM OPINION

Eric Dale Angelo filed with this Court a pre-trial application for writ of habeas corpus seeking a reduction in his pre-trial bond. By letters dated August 12, 2009 and August 26, 2009, the Clerk of this Court notified Angelo that the proceeding was subject to dismissal for want of jurisdiction because it appeared this Court does not have the authority to issue a pre-trial writ of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.05 (Vernon 2005); *see also* Tex. Const. art. V, § 6. Angelo was warned that the proceeding may be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the proceeding. No response has been received from Angelo.

Accordingly, this proceeding is dismissed. *See* TEX. R. APP. P. 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Writ dismissed
Opinion delivered and filed October 7, 2009
Do not publish
[OT06]